IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOYCE FERRANTE,

     Appellant,

v.

          Case No.  5D21-1820
          LT Case No. 2021-CC-484

VALERIE LYNN DYER, AS SUCCESSOR
TRUSTEE OF THE BEVERLY WITCHEY
LONGUIL REVOCABLE TRUST,

     Appellee.
_____/

Decision filed June 21, 2022

Appeal from the County Court
for Marion County,
R. James McCune, Judge.

Joyce Ferrante, Archer, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


COHEN, WALLIS and NARDELLA, JJ., concur.